IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIRAH MCRAE, Individually and as Class Representative, | : | |
| | : | |
| and | : | CIVIL ACTION |
| | : | |
| RICHARD JEAN, as parent and guardian of senior D.J., Individually and as Class Representative, | : | NO. 17-4054 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SCHOOL REFORM COMMISSION, | : | |
| | : | |
| and | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this __6th__ day of September, 2018, upon consideration of Plaintiffs' Amended Class Complaint (Doc. 10), Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Under Fed. R. Civ. P. 12(b)(1) and (6) ("Motion to Dismiss") (Doc. 13), Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss the Amended Complaint (Doc. 15), and Defendants' Motion for Leave to File a Reply Brief (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Defendants' Motion to Dismiss (Doc. 13) is **GRANTED IN PART AND DENIED IN PART**. Defendants' Motion to Dismiss is **GRANTED** only as to

Plaintiff Nadirah McRae's claim for injunctive relief. Defendants' Motion to Dismiss is otherwise **DENIED**;[1]

2. Defendants' Motion for Leave to File a Reply Brief (Doc. 16) is **DENIED**; and

3. Defendants' shall file an Answer to the Amended Complaint (Doc. 10) within **twenty-one (21) days** of the date of this Order.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated September 6, 2018.