# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADIRAH MCRAE, INDIVIDUALLY AND AS CLASS REPRESENTATIVE AND RICHARD JEAN AS THE PARENT AND GUARDIAN OF D.J., INDIVIDUALLY AND AS CLASS REPRESENTATIVE<br><br>v.<br><br>SCHOOL DISTRICT OF PHILADELPHIA | No. 2:17-cv-04054-PBT |

## ORDER TO SETTLE, DISCONTINUE AND END

TO THE CLERK:

    Kindly mark the above-captioned action Settled, Discontinued and Ended upon payment of your costs.

                                              **FREIWALD LAW, P.C.**

By: _____
                                              GLENN A. ELLIS, ESQUIRE
                                              Counsel for Plaintiffs

Date: July 29, 2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NADIRAH MCRAE, INDIVIDUALLY AND AS CLASS REPRESENTATIVE AND RICHARD JEAN AS THE PARENT AND GUARDIAN OF D.J., INDIVIDUALLY AND AS CLASS REPRESENTATIVE<br><br>v.<br><br>SCHOOL DISTRICT OF PHILADELPHIA | No.  2:17-cv-04054-PBT |

## **CERTIFICATE OF SERVICE**

I, Glenn A. Ellis, hereby certify that a copy of Order to Settle, Discontinue and End was served by the Court's electronic filing system upon the following:

> Bonnie M. Hoffman, Esquire
> Hangley Aronchich Segal Pudlin & Schiller
> One Logan Square, 27th Floor
> Philadelphia, PA  19103

GLENN A. ELLIS, ESQUIRE

Date:  July 29, 2020