# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADIRAH MCRAE, Individually and as Class Representative, and RICHARD JEAN as the parent and guardian of D.J., Individually and as Class Representative,<br><br>*Plaintiffs,*<br><br>v.<br><br>SCHOOL DISTRICT OF PHILADELPHIA,<br><br>*Defendants.* | Civil Action No. 17-cv-4054 |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(A)

Plaintiffs Nadirah McRae and Richard Jean, as the parent and guardian of D.J., and Defendant School District of Philadelphia hereby stipulate to the dismissal of this action, including all claims for class certification without prejudice, and Plaintiffs' individual claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own costs.

| | |
|---|---|
| **FREIWALD LAW** | **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** |
| */s/* Glenn A. Ellis<br>Glenn A. Ellis, Esq.<br>1500 Walnut Street, 18th Floor<br>Philadelphia, PA 19102<br>215-875-8000<br>215-875-8575 (Facsimile)<br>gae@freiwaldlaw.com<br><br>*Attorney for Plaintiffs* | */s/ Bonnie M. Hoffman*<br>Bonnie M. Hoffman (PA I.D. 201140)<br>Adam N. Schupack (PA I.D. 320910)<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103-6933<br>215.568.6200<br>215.568.0300 (Facsimile)<br>bhoffman@hangley.com<br>aschupack@hangley.com<br><br>*Attorneys for Defendant, The School District of Philadelphia* |
| Dated: July 30, 2020 | Dated: July 30, 2020 |